UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY MEEKS, | ) | CIV F 03 6700 REC LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | |
| v. | ) | (DOCUMENT #37) |
| | ) | |
| K. ALLISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 21, 2005, plaintiff filed a motion to extend time to file a response in opposition to defendants' motion for summary judgment. Defendants filed a statement of non-opposition on April 25, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a response to the motion for summary judgment.

IT IS SO ORDERED.

**Dated:   May 4, 2005**          /s/ Lawrence J. O'Neill
i0d3h8                             UNITED STATES MAGISTRATE JUDGE