UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY MEEKS, | ) | 1:03-CV-6700 REC LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OBJECTIONS |
| v. | ) | (DOCUMENT #50) |
| | ) | |
| K. ALLISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2005, plaintiff filed a motion to extend time to file objections to the Findings and Recommendations filed on August 26, 2005. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   October 7, 2005**          /s/ Lawrence J. O'Neill
i0d3h8                                                  UNITED STATES MAGISTRATE JUDGE