1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   GARY MEEKS,                        1:03-cv-06700-REC-LJO-P

12              Plaintiff,         **ORDER ADOPTING FINDINGS AND
                                   RECOMMENDATIONS** (Doc. 49)
13   vs.
                                   **ORDER GRANTING MOTION FOR
14   K. ALLISON, et al.,           SUMMARY JUDGMENT** (Doc. 30) **AND
                                   DIRECTING CLERK OF COURT TO
15              Defendants.        ENTER JUDGMENT FOR DEFENDANTS**
     _____/

16

17

18        Plaintiff Gary Meeks ("plaintiff") is a state prisoner

19   proceeding pro se and in forma pauperis in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  The matter was referred to

21   a United States Magistrate Judge pursuant to 28 U.S.C.

22   § 636(b)(1)(B) and Local Rule 72-302.

23        On August 26, 2005, the Magistrate Judge filed a Findings

24   and Recommendations herein which was served on the parties and

25   which contained notice to the parties that any objections to the

26   Findings and Recommendations were to be filed within thirty days.

27   After obtaining an extension of time, plaintiff filed an

28   objection to the Findings and Recommendations on October 31,

                                    1

1   2005.   Defendants filed a reply to plaintiff's objection on

2   November 2, 2005.

3        In accordance with the provisions of 28 U.S.C.

4   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

5   <u>de novo</u> review of this case.   Having carefully reviewed the

6   entire file, the Court finds the Findings and Recommendations to

7   be supported by the record and by proper analysis.

8        Accordingly, IT IS HEREBY ORDERED that:

9        1.   The Findings and Recommendations, filed August 26,

10            2005, is ADOPTED IN FULL;

11       2.   Defendants' motion for summary judgment, filed April 8,

12            2005, is GRANTED, thus concluding this action in its

13            entirety; and

14       3.   The Clerk of the Court shall enter judgment for

15            defendants.

16  IT IS SO ORDERED.

17  **Dated:  December 1, 2005**            **/s/ Robert E. Coyle**
    668554                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28