UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| GARY B. MEEKS,<br><br>　　　　Plaintiff - Appellant,<br>v.<br><br>K ALLISON; et al.,<br><br>　　　　Defendants - Appellees. | No.  06-15040<br>D.C. No. CV-03-06700-RMC<br><br>**ORDER** |

FILED
JAN 31 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

This appeal has been taken in good faith    [X]

This appeal is not taken in good faith    [ ]

Explanation: _____

_____

_____

_____

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　Date: Jan 31, 06