1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARY B. MEEKS,                          CASE NO. 1:03-cv-06700-LJO-GSA PC

10                  Plaintiff,             ORDER GRANTING SUBSTITUTION OF
                                           COUNSEL FOR PLAINTIFF
11        v.
                                           (Doc. 34)
12  PARSONS,
                                           ORDER DIRECTING CLERK'S OFFICE TO
13                  Defendant.             SERVE DOCUMENTS 68 AND 69 ON
                                           PLAINTIFF'S NEW ATTORNEY OF RECORD
14  _____/

15

16        Pursuant to Local Rule 83-182(a)(2) and (g), Plaintiff Gary Meeks substitutes as counsel

17  Nickolas A. Kacprowski of the law firm Kirkland & Ellis, LLP for Plaintiff Gary Meeks.  Plaintiff

18  Gary Meeks has previously appeared *pro se* in this case before this Court, and no other attorney has

19  yet appeared on his behalf before this Court.

20        The Clerk's Office shall serve documents 68 and 69 on Plaintiff's new attorney of record.

21

22  IT IS SO ORDERED.

23

24  **Dated:    August 29, 2008               /s/ Lawrence J. O'Neill**

25                                     UNITED STATES DISTRICT JUDGE

26
27
28

1