# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>           Plaintiff,<br><br>     v.<br><br>PARSONS,<br><br>           Defendant.<br>_____/ | CASE NO. 1:03-cv-06700-LJO-GSA PC<br><br>**ORDER REQUIRING PARTIES TO COMPLY WITH ORDER OF AUGUST 25, 2008, WITHIN FIFTEEN DAYS**<br><br>**(Doc. 69.)** |

On August 25, 2008, the parties were ordered to notify this Court within thirty days whether they consent to or decline Magistrate Judge jurisdiction. (Doc. 69.) Defendant has not complied with the order, and Plaintiff consented but not through counsel.[1] Since Plaintiff is now represented, all filings must be made through his attorney.

Plaintiff and Defendant have **fifteen (15) days** from the date of service of this order within which to comply with the Court's order of August 25, 2008. The failure to do so may result in the imposition of sanctions deemed appropriate by this Court.

IT IS SO ORDERED.

**Dated:    October 3, 2008**               /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff was not represented when the order was issued, but retained counsel prior to responding to the order. Further, a different Deputy Attorney General substituted in on September 9, 2008. The Court will presume that this change in representation caused an inadvertent failure by Defendant to respond to the Court's order.

1