# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>              Plaintiff,<br><br>   v.<br><br>PARSONS,<br><br>              Defendant.<br>_____/ | CASE NO. 1:03-cv-06700-LJO-GSA PC<br><br>ORDER DENYING REQUEST FOR AMENDED ENTRY OF JUDGMENT AS UNNECESSARY<br><br>(Doc. 83)<br><br>ORDER DIRECTING CLERK OF COURT TO ENSURE DEFENDANTS ALISON, DEGEUS, AND KLARICH REMAIN ADMINISTRATIVELY TERMINATED AS PARTIES |

      This civil rights action was filed pursuant to 42 U.S.C. § 1983. Plaintiff Gary B. Meeks alleged that his rights under the Eighth Amendment of the United States Constitution were violated when Defendants Parsons, Alison, DeGeus, and Klarich ("Defendants") acted with deliberate indifference to his serious medical needs. Summary judgment was granted in favor of Defendants on December 2, 2005, and judgment was entered. Plaintiff appealed, and on July 9, 2008, the United States Court of Appeals for the Ninth Circuit reversed and remanded as to Defendant Parsons, and affirmed as to Defendants Alison, DeGeus, and Klarich. On October 17, 2008, Defendants requested that the Court vacate the judgment filed on December 2, 2005, and enter a new judgment in accordance with the Ninth Circuit's order.

      The Court is unable to determine why Defendants seek an amended entry of judgment. The Ninth Circuit affirmed as to Defendants Alison, DeGeus, and Klarich, and the judgment entered in their favor on December 2, 2005, remains operative.

Because Defendants' request for an amended entry of judgment is unnecessary, it is HEREBY DENIED.  The Clerk's Office is DIRECTED to check the Court's electronic record and ensure that Defendants Alison, DeGeus, and Klarich remain administratively terminated as parties.

IT IS SO ORDERED.

**Dated:    October 23, 2008**                            **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE