# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PARSONS,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:03-cv-06700-LJO-GSA PC<br><br>**ORDER VACATING HEARING SET FOR NOVEMBER 3, 2008, AT 8:30 A.M. IN COURTROOM 4**<br><br>**(Doc. 75)**<br><br>**ORDER REQUIRING DEFENDANT TO FILE SURREPLY WITHIN FIVE DAYS**<br><br>**(Doc. 84)** |

　　　　On October 2, 2008, Plaintiff Gary B. Meeks filed a motion seeking to modify the Second Scheduling Order to allow the parties to conduct further discovery. Defendant Parsons filed a statement of non-opposition with a request that the modification include a new deadline for filing pretrial dispositive motions on October 17, 2008, and Plaintiff filed a reply objecting to the addition of a motions deadline on October 24, 2008.

　　　　The Court HEREBY ORDERS as follows:

　　　　1.　　The hearing on Plaintiff's motion set on November 3, 2008, at 8:30 a.m. in Courtroom 4 is VACATED pursuant to Local Rule 78-230(h), and the motion shall be submitted upon the record; and

　　　　2.　　Defendant shall file a surreply within **five (5) days** addressing the two issues raised by Plaintiff in his reply.

IT IS SO ORDERED.

Dated:　　October 27, 2008　　　　　　　　　／s／ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1