# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS, | CASE NO. 1:03-cv-06700-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE TO SURREPLY |
| v. | |
| PARSONS, | (Doc. 88) |
| Defendant. | |

On October 2, 2008, Plaintiff moved to modify the scheduling order. On October 17, 2008, Defendant filed a statement of non-opposition to the motion but proposed an additional deadline for filing dispositive motions. Plaintiff filed a reply objecting to a new dispositive motion deadline on October 24, 2008. The Court deemed a surreply necessary and ordered Defendant to file one on October 28, 2008. On November 3, 2008, following submission of Defendant's surreply on October 31, 2008, Plaintiff filed a motion seeking leave to file a response, along with the proposed response.

Plaintiff's motion for leave to file a response to Defendant's surreply is GRANTED, and the response attached to the motion will be considered by the Court when it issues its ruling.

IT IS SO ORDERED.

Dated: November 6, 2008            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE