# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>          Plaintiff,<br><br>   v.<br><br>PARSONS,<br><br>          Defendant.<br>_____/ | CASE NO. 1:03-cv-06700-LJO-GSA PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR MODIFICATION OF SECOND SCHEDULING ORDER, AND DENYING DEFENDANT'S REQUEST FOR THE INCLUSION OF A PRETRIAL DISPOSITIVE MOTION DEADLINE, WITHOUT PREJUDICE**<br><br>**(Docs. 75 and 82)**<br><br>**Telephonic Trial Confirmation**<br>**Hearing:**    **January 5, 2010, at 8:30 a.m. in Courtroom 4**<br><br>**Jury Trial:**    **February 8, 2010, at 8:30 a.m. in Courtroom 4** |

On October 2, 2008, Plaintiff Gary B. Meeks ("Plaintiff") filed a motion seeking to modify the Court's second scheduling order to allow the parties to conduct further discovery. On October 17, 2008, Defendant Parsons ("Defendant") filed a statement of non-opposition with a request that the modification include a new deadline for filing pretrial dispositive motions. Plaintiff filed a reply objecting to the proposed dispositive motion deadline on October 24, 2008. Pursuant to the Court's order, Defendant filed a surreply on October 31, 2008, and with leave of Court, Plaintiff filed a response on November 3, 2008.

The Court has considered the parties' requests and arguments. Plaintiffs motion for modification of the scheduling order shall be granted. The appellate court's ruling does not preclude

1 Defendant from filing another motion for summary judgment. However, the Court will not allow
2 further pretrial dispositive motions absent a showing of newly discovered evidence or a change in
3 the law. Therefore, after the parties conduct discovery, Defendant may file a request for leave to file
4 a dispositive motion. The request must be filed on or before July 6, 2009, and must be of substance
5 in that it makes a showing of newly discovered evidence and/or a change in the law. If the Court
6 finds cause has been shown, it will immediately set a telephonic status hearing to discuss deadlines
7 for motions, oppositions, and replies.

       Accordingly, it is HEREBY ORDERED that :

1. Plaintiff's motion to modify the Second Scheduling Order is GRANTED; and the Order is modified as follows:

    a. On or before **May 1, 2009**, the parties shall designate experts and exchange initial expert reports;

    b. On or before **June 1, 2009**, the parties shall designate rebuttal experts and exchange rebuttal expert reports and any supplemental expert reports;

    c. On or before **July 1, 2009**, all discovery, including expert discovery, shall be complete;

    d. On or before **October 20, 2009**, Plaintiff shall file his pretrial statement;

    e. On or before **November 20, 2009**, Defendant shall file his pretrial statement;

    f. In addition to electronically filing their pretrial statements, the parties shall e-mail their pretrial statements, in WordPerfect format, to: ljoorders@caed.uscourts.gov;

    g. If Plaintiff intends to call incarcerated witnesses at time of trial, Plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in the Second Scheduling Order on or before **October 20, 2009**;

    h. The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed on or before **November 20, 2009**;

///
///

1          i.      On or before **December 21, 2009**, Plaintiff shall submit money orders to have the U.S. Marshals Service serve any un-incarcerated witnesses who refuse to testify voluntarily;

         j.      This matter is set forth telephonic trial confirmation hearing on **January 5, 2010**, at 8:30 a.m. before the undersigned in Courtroom 4; and

         k.      This matter is set for jury trial on **February 8, 2010**, before the undersigned in Courtroom 4;

2.     Defendant's request for the modification of the scheduling order to include a pretrial dispositive motion is DENIED, without prejudice; and

3.     On or before **July 6, 2009**, Defendant may file a request for leave to file a pretrial dispositive motion that meets the requirements set forth herein.

IT IS SO ORDERED.

**Dated:**    **November 20, 2008**           **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE