# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS, | CASE NO. 1:03-cv-06700-LJO-GSA PC |
| Plaintiff, | ORDER GRANTING PARTIES' REQUEST FOR MODIFICATION OF SCHEDULING ORDER, AND AMENDING SCHEDULING ORDER |
| v. | |
| PARSONS, | (Doc. 94) |
| Defendant. | |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Gary B. Meeks. This matter is proceeding against Defendant Parsons for allegedly violating the Eighth Amendment of the United States Constitution by acting with deliberate indifference to Plaintiff's serious medical needs. On April 21, 2009, the parties submitted a stipulation and proposed order to modify the scheduling order. Accordingly,

1. The parties' stipulation to modify the Modified Second Scheduling Order is GRANTED; and the Order is modified as follows:

    a. On or before **July 15, 2009**, the parties shall designate experts and exchange initial expert reports;

    b. On or before **August 7, 2009**, the parties shall designate rebuttal experts and exchange rebuttal expert reports and any supplemental expert reports;

    c. On or before **August 31, 2009**, all discovery, including expert discovery, shall be complete;

    d. After the parties conduct discovery, Defendant may file a request for leave

to file a dispositive motion. The request must be filed on or before **September 7, 2009**, and must be of substance in that it makes a showing of newly discovered evidence and/or a change in the law. If the Court finds cause has been shown, it will immediately set a telephonic status hearing to discuss deadlines for motions, oppositions, and replies.

    e. On or before **October 20, 2009**, Plaintiff shall file his pretrial statement;

    f. On or before **November 20, 2009**, Defendant shall file his pretrial statement;

    g. In addition to electronically filing their pretrial statement, the parties shall e-mail their pretrial statements, in Word Perfect format, to: ljoorders@caed.uscourts.gov;

    h. If plaintiff intends to call incarcerated witnesses at time of trial, plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in the Second Scheduling Order on or before **October 20, 2009**;

    i. The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed on or before **November 20, 2009**;

    j. On or before **December 21, 2009,** Plaintiff shall submit money orders to have the U.S. Marshal Service serve any un-incarcerated witnesses who refuse to testify voluntarily;

    k. This matter is set for telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill on **January 5, 2010, at 8:30 a.m.** in Courtroom 4; and

    l. This matter is set for jury trial before the Honorable Lawrence J. O'Neill on **February 8, 2010, at 8:30 a.m.** in Courtroom 4.

IT IS SO ORDERED.

**Dated: May 12, 2009**        /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE