# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>           Plaintiff,<br><br>   v.<br><br>PARSONS,<br><br>           Defendant.<br>_____ / | CASE NO. 1:03-cv-06700-LJO-GSA PC<br><br>ORDER GRANTING MOTION IN PART, AND VACATING HEARING ON MOTION TO COMPEL SET FOR MAY 15, 2009<br><br>(Doc. 96)<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT ON OR BEFORE JUNE 19, 2009 |

This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Gary B. Meeks. This matter is proceeding against Defendant Parsons for allegedly violating the Eighth Amendment of the United States Constitution by acting with deliberate indifference to Plaintiff's serious medical needs.

On May 12, 2009, Plaintiff filed a motion seeking to continue the hearing on his motion to compel from May 15, 2009, to June 19, 2009.[1] The bases for the continuance are the ongoing attempt to meet and confer to resolve the dispute and a pending deposition that may resolve the dispute without the Court's intervention.

The Court finds good cause to grant Plaintiff's motion in part and vacate the hearing. Rather than continue the motion to another date, Plaintiff shall file a status report on or before June 19,

---

[1] The motion to compel has not been opposed, and Plaintiff's motion for a continuance is accompanied by a declaration representing non-opposition by the California Department of Corrections and Rehabilitation to the continuance.

1

2009, notifying the Court whether or not the parties were able to resolve the motion to compel. If the parties were able to resolve the discovery dispute, Plaintiff shall also withdraw his motion to compel.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to continue the hearing on his motion to compel from May 15, 2009, to June 19, 2009, is GRANTED IN PART;
2. The hearing set for May 15, 2009, at 9:30 a.m. is VACATED; and
3. On or before June 19, 2009, Plaintiff shall file a status report notifying the Court whether or not the discovery dispute has been resolved and withdrawing the motion to compel if it has.

IT IS SO ORDERED.

Dated: **May 12, 2009**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE