1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  JOHN M. FESER JR., State Bar No. 209736
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5118
6    Fax:  (916) 322-8288
     E-mail:  John.Feser@doj.ca.gov
7  *Attorneys for Defendant John Parsons*

8  Nickolas A. Kacprowski, State Bar No. 242684
   nkacprowski@kirkland.com
9  KIRKLAND & ELLIS LLP
   555 California Street
10 San Francisco, CA  94104
   Telephone:     415 439-1400
11 Facsimile:     415 439-1500
   *Attorneys for Plaintiff Gary Meeks*
12

13

14

15                IN THE UNITED STATES DISTRICT COURT

16              FOR THE EASTERN DISTRICT OF CALIFORNIA

17

18 | GARY MEEKS,                    | Case No. CIV-F-03-6700 LJO GSA |
19 |                     Plaintiff, | **JURY TRIAL DEMANDED**        |
20 |             v.                 | **STIPULATED MODIFIED SCHEDULING ORDER** |
21 | JOHN PARSONS,                  | |
22 |                     Defendant. | Telephonic Trial Confirmation Hearing: January 5, 2010, at 8:30 a.m. in Courtroom 4 (LJO) |
23 |                                | |
24 |                                | Jury Trial: February 8, 2010 |
25

26        The parties in the above-captioned matter, by and through their designated counsel,

27 HEREBY AGREE AND STIPULATE as follows:

28 *///*

STIPULATED [PROPOSED] MODIFIED SCHEDULING ORDER

WHEREAS, the parties to this case seek to modify the Second Scheduling Order to permit additional time for discovery in such a way that will not alter the trial date or any of the dates for the filing of pretrial statements.  Specifically, the parties seek to move back two (2) weeks all dates set before October 20, 2009;

WHEREAS, Plaintiff Gary Meeks ("plaintiff") is a state prisoner proceeding *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. section 1983.  Pursuant to the order issued by the United States Court of Appeals for the Ninth Circuit, this Court's order granting summary judgment was reversed and the matter remanded for further proceedings with respect to plaintiff's Eighth Amendment deliberate indifference to serious medical need claim against Defendant John Parsons.  On August 25, 2008, the Court issued a Second Scheduling Order (Scheduling Order) (Docket No. 68).  Because further discovery was warranted in this matter, the Court, upon Plaintiff's motion pursuant to Rule 16(b)(4), issued an order modifying the Scheduling Order (Docket No. 90).  On May 12, 2009, the Court issued an order granting the parties' stipulation to again modify the Scheduling Order (Docket No. 99) due to the limited availability of Defendant for deposition and the parties' need for more time conduct discovery;

WHEREAS, the parties have in good faith engaged in discovery since the Scheduling Order was issued on August 25, 2008.  Both parties have propounded and responded to interrogatories and document requests, and Defendant has propounded requests for admission to which Plaintiff has responded.  Plaintiff has taken the depositions of two non-party witnesses and Defendant John Parsons, the parties are in the process of scheduling at least one more non-party witness deposition in San Diego, and Defendant has noticed the deposition of Plaintiff Gary Meeks for July 21, 2009, at High Desert State Prison in Susanville;

WHEREAS, the parties have met and conferred regarding a mutually available date for Plaintiff Gary Meeks' deposition, and the earliest such date is July 21, 2009.  Mr. Meeks' deposition, therefore, will be taken *after* the deadline on July 15, 2009, to designate experts and exchange initial expert reports.  The parties seek to obtain Plaintiff Gary Meeks' deposition testimony *before* designating experts and exchanging initial expert reports to avoid the potential need to modify or supplement the designation of experts and/or initial expert reports.  The parties,

1   therefore, seek to move back two (2) weeks all dates set before October 20, 2009;

2          WHEREAS, as set forth in the accompanying Declaration of Nickolas A. Kacprowski

3   and Declaration of John M. Feser Jr., Plaintiff Gary Meeks' deposition could not be scheduled

4   before July 21, 2009, due to the unavailability of counsel for the parties;

5          Plaintiff served subpoenas on non-party California Department of Corrections and

6   Rehabilitation ("CDCR") in December 2008.  Plaintiff has filed a motion to compel discovery

7   from the CDCR, which is currently set for hearing before Magistrate Judge Gary S. Austin on

8   July 14, 2009.  If the pending motion to compel is granted, additional time would enable Plaintiff

9   to obtain and review information from CDCR before retaining an expert, with enough time to

10  conduct any necessary additional discovery.  Therefore,

11         THE PARTIES HEREBY AGREE AND STIPULATE to, and submit that, upon the

12  Declaration of Nickolas A. Kacprowski and the Declaration of John M. Feser Jr., good cause is

13  shown to support the following modification to the Scheduling Order.

14         Accordingly, the Court HEREBY ORDERS that:

15  1.     The parties' stipulation to modify the Scheduling Order (Docket No. 99) is

16         GRANTED; and the Order is modified as follows:

17         a.     On or before **July 29, 2009**, the parties shall designate experts and

18                exchange initial expert reports;

19         b.     On or before **August 21, 2009**, the parties shall designate rebuttal experts

20                and exchange rebuttal expert reports and any supplemental expert reports;

21         c.     On or before **September 14, 2009**, all discovery, including expert

22                discovery, shall be complete;

23         d.     After the parties conduct discovery, Defendant may file a request for leave

24                to file a dispositive motion.  The request must be filed on or before

25                **September 21, 2009**, and must be of substance in that it makes a showing

26                of newly discovered evidence and/or a change in the law.  If the Court

27                finds cause has been shown, it will immediately set a telephonic status

28                hearing to discuss deadlines for motions, oppositions, and replies.

- 3 -

2.    All other matters in the Scheduling Order (Docket No. 99) shall remain the same, as set forth below for ease of reference:

    a.    On or before **October 20, 2009**, Plaintiff shall file his pretrial statement;

    b.    On or before **November 20, 2009**, Defendant shall file his pretrial statement;

    c.    In addition to electronically filing their pretrial statement, the parties shall e-mail three pretrial statements, in Word Perfect format, to: ljoorders@caed.uscourts.gov;

    d.    If plaintiff intends to call incarcerated witnesses at time of trial, plaintiff shall serve and file a motion for attendance of incarcerated witnesses as described in the Second Scheduling Order on or before **October 20, 2009**;

    e.    The opposition to the motion for the attendance of incarcerated witnesses, if any, shall be filed on or before **November 20, 2009**;

    f.    On or before **December 21, 2009,** Plaintiff shall submit money orders to have the U.S. Marshalls Service serve any un-incarcerated witnesses who refuse to testify voluntarily;

    g.    This matter is set for telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill on **January 5, 2010, at 8:30 a.m.** in Courtroom 4; and

///
///
///
///
///
///
///
///
///

- 4 -

1    h.    This matter is set for jury trial before the Honorable Lawrence J. O'Neill

2    on **February 8, 2010,** in Courtroom 4.

3

4    Dated:  June 29, 2009                         KIRKLAND & ELLIS, LLP

5

6                                                  By: */s/ Nickolas A. Kacprowski*

7                                                       Nickolas A. Kacprowski

8                                                  Attorneys for Plaintiff
                                                   GARY MEEKS

9

10

11   Dated:  June 29, 2009                         EDMUND G. BROWN, JR., Attorney
                                                   General of the State of California
12                                                 ALBERTO L. GONZALEZ, Supervising
                                                   DeputyAttorney General

13

14                                                 By: */s/ John M. Feser Jr.*

15                                                       John M. Feser Jr.

16                                                 Attorneys for Defendant
                                                   JOHN PARSONS

17

18

19

20

21   **IT IS SO ORDERED.**

22   Dated:  _____June 30, 2009_____.          ___/s/ Lawrence J. O'Neill_____

23                                                 LAWRENCE J. O'NEILL
                                                   UNITED STATES DISTRICT COURT
24                                                 EASTERN DISTRICT OF CALIFORNIA

25

26

27

28

STIPULATED [PROPOSED] MODIFIED SCHEDULING ORDER