1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS, | CASE NO. 1:03-cv-06700-LJO-GSA PC |
| Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO REDESIGNATE CASE AS A REGULAR CIVIL ACTION |
| v. | |
| PARSONS, | |
| Defendant. / | |

    Plaintiff Gary B. Meeks is a state prisoner who was proceeding pro se in this civil rights action, filed pursuant to 42 U.S.C. § 1983.  Plaintiff is now represented by counsel in this action. Therefore, the Clerk of the Court is DIRECTED to change the administrative designation of the present case to reflect that of a regular civil action (440), and the new case number shall be 1:03-cv-06700-LJO-GSA.


    IT IS SO ORDERED.

    **Dated:   July 9, 2009**          _____/s/ **Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE

1