1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARY MEEKS,                           CASE NO. 1:03-cv-06700-LJO-GSA

10              Plaintiff,               ORDER GRANTING PROTECTIVE ORDER

11      v.                               (Doc. 126)

12  JOHN PARSONS, et al.,

13              Defendants.

14  _____/

15      On September 25, 2009, plaintiff and defendant filed a stipulation and proposed order

16  extending the deadline to file a request for leave to file a dispositive motion. The stipulation and

17  proposed motion respond to the court's order granting plaintiff's motion to compel discovery against

18  non-party California Department of Corrections and Rehabilitation ("CDCR") (doc.124).

19      The Court has reviewed the stipulation, and the order agreed upon by the parties is HEREBY

20  GRANTED.

21

22  IT IS SO ORDERED.

23  **Dated:    October 5, 2009            /s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

24
25
26
27
28

1