# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MEEKS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN PARSONS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:03-cv-06700-LJO-GSA<br><br>ORDER VACATING PRIOR ORDER AND ADOPTING PARTIES' STIPULATION<br><br>(Doc. 127) |

Due to administrative errors, the Order Granting Protective Order, dated October 5, 2009 (doc. 127), was improperly titled. Accordingly, the Order Granting Protective Order, dated October 5, 2009 (doc. 127), is HEREBY VACATED.

On September 25, 2009, plaintiff and defendant filed a stipulation and proposed order extending the deadline to file a request for leave to file a dispositive motion. The stipulation and proposed motion respond to the court's order granting plaintiff's motion to compel discovery against non-party California Department of Corrections and Rehabilitation ("CDCR") (doc.124).

The Court has reviewed the stipulation, and the order agreed upon by the parties is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   October 26, 2009**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE