1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  GARY MEEKS,                                    CASE NO. 1:03-cv-06700-LJO-GSA

10                         Plaintiff,             ORDER TO HEAR MOTION ON THE
                                                 RECORD AND SCHEDULING BRIEFING
11       v.
                                                 (Doc. 131)
12  JOHN PARSONS, et al.,

13                         Defendants.
                                          /
14

15        On October 23, 2009, defendant filed his renewed motion to modify the scheduling order to

16  include a deadline to file a second or renewed dispositive motion.  In accordance with L.R. 78-

17  230(h), it is hereby ORDERED that defendant's motion shall be submitted on the record, subject to

18  the power of the Court to reopen the matter for further proofs or oral arguments or both.

19        Plaintiff shall submit his opposition, if any, on or before November 10, 2009.  Defendant

20  shall file his reply, if any, on or before November 20, 2009.

21        It is so ORDERED.

22
23
24  IT IS SO ORDERED.

25  **Dated:    October 26, 2009**              _____/s/ Lawrence J. O'Neill_____
                                                 UNITED STATES DISTRICT JUDGE
26
27
28

1