# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>    Plaintiff,<br><br>  v.<br><br>PARSONS,<br><br>    Defendant.<br>_____/ | CASE NO. 1:03-cv-06700-LJO-GSA PC<br><br>**ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING**<br><br>Telephonic Trial Confirmation Hearing Continued to:<br>    January 6, 2010, at 9:00 a.m. in Courtroom 4 (LJO) |

    Due to a conflict in the court's calendar the telephonic trial confirmation hearing before the Honorable Lawrence J. O'Neill is hereby continued to Wednesday, **January 6, 2010, at 9:00 a.m.** in Courtroom 4.

IT IS SO ORDERED.

**Dated:**   December 16, 2009          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE