# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MEEKS, | CASE NO. 1:03-cv-6700-LJO-GSA |
|       Plaintiff, | |
| vs. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT** |
| JOHN PARSONS, | **PLAINTIFF GARY MEEKS, CDC# K-35821 TO CSP-CORCORAN ON OR BEFORE FEBRUARY 5, 2010 and TO U.S. DISTRICT COURT, FRESNO ON FEBRUARY 8, 2010** |
|       Defendants. | **ARRIVAL AT CSP-CORCORAN:**<br>DATE:  ON OR BEFORE FEBRUARY 5, 2010 |
| | **TRIAL AT U.S. DISTRICT COURT FRESNO:**<br>DATE:  FEBRUARY 8, 2010<br>TIME:  8:00 A.M. |
| _____/ | |

      Plaintiff, **GARY MEEKS,** inmate, CDC# K-35821, a necessary and material witness and party in proceedings in this case, is confined at High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California, 96127, in the custody of the Warden. In order to secure this inmate's attendance at the February 8, 2010 trial in Courtroom 4 of the United States District Court for the Eastern District of California, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of **GARY MEEKS, CDC# K-35821**, to produce said inmate in **Courtroom 4, 7th Floor, of the United States District Courthouse, 2500 Tulare Street, Fresno, California 93721, the Honorable Lawrence J. O'Neill presiding, beginning on February 8, 2010 at 8:00 a.m.**

      **It is the Court's understanding that Plaintiff will be transported from High Desert State Prison to California Substance Abuse Treatment Facility and State Prison ("CSP-Corcoran") at 900 Quebec Avenue, Corcoran, California, 93212 for holding immediately prior to, and during the trial in this action.  Plaintiff is to be transported from High Desert State Prison to arrive at CSP-Corcoran on or before Friday, February 5, 2010, and Plaintiff is to be provided access to his attorneys at reasonable times on Saturday, February 6, 2010 and on Sunday, February 7, 2010 for trial preparation purposes.**

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to CSP-Corcoran on or before February 5, 2010; to testify in United States District Court on February 8, 2010 at 8:00 a.m. at the U.S. District Courthouse, 2500 Tulare Street, Fresno, California, 93721; from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to High Desert State Prison;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

/ / /
/ / /

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of High Desert State Prison, 475-750 Rice Canyon Road, Susanville, California 96127:**

   **WE COMMAND** you to produce the inmate named above to CSP-Corcoran on or before February 5, 2010; to testify in United States District Court on February 8, 2010 at 8:00 a.m. at the 2500 Tulare Street, Fresno, California, 93721; from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to High Desert State Prison.  This inmate's legal property relevant to the above entitled case shall accompany the inmate.

   **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:     January 6, 2010                                   /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE