Nickolas A. Kacprowski, Bar No. 242684
nickolas.kacprowski@kirkland.com
Joshua D. Hurwit, Bar No. 263108
joshua.hurwit@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA  94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500

Attorneys for Plaintiff
GARY MEEKS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MEEKS,<br><br>                         Plaintiff,<br><br>    v.<br><br>JOHN PARSONS,<br><br>                       Defendant. | Case No. CIV-F-03-6700 LJO GSA<br><br>**JURY TRIAL**<br><br>**STIPULATION REGARDING STATEMENTS ABOUT COUNSEL** |

Upon agreement and stipulation of the parties to the above captioned litigation, it is hereby ordered that:

1.  The Defendant, Dr. John Parsons, and his attorney(s) should be barred from introducing any evidence, or making any remarks, statements, references, or argument regarding:

    a.  the city or region in which Plaintiff Gary Mr. Meeks's attorneys reside;

    b.  the size of the law firm in which Mr. Meeks's attorneys practice;

    c.  the number of attorneys that have represented Mr. Meeks in this or other cases; and

    d.  any other information that could serve to unfairly prejudice the jury against Mr. Meeks on account of the attorneys representing him.

2.  The Plaintiff, Gary Meeks, and his attorneys should be barred from introducing

any evidence, or making any remarks, statements, references, or argument regarding:

    a.    the city or region in which Dr. John Parsons's attorney(s) reside;

    b.    the state agency for which Dr. Parsons's attorney(s) work;

    c.    the number of attorneys that have represented Dr. Parsons in this or other cases; and

    d.    any other information that could serve to unfairly prejudice the jury against Dr. Parsons on account of the attorney(s) representing him.

Stipulated by and consented to:

Dated: January 20, 2010

Respectfully submitted,

By: */s/ Nickolas A. Kacprowski*
Nickolas A. Kacprowski
Joshua D. Hurwit
KIRKLAND & ELLIS LLP
555 California Street,
San Francisco, CA 94104
Telephone:  (415) 439-1400
Facsimile:  (415) 439-1500

Attorneys for Plaintiff
GARY MEEKS

Dated: January 20, 2010

By: */s/ John M. Feser Jr.*[1]
John M. Feser Jr.
Deputy Attorney General
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone:  (916) 324-5118
Facsimile:  (916) 322-8288

Attorneys for Defendant
JOHN PARSONS

**IT IS SO ORDERED:**

**Date_January 22, 2010_____**     **/s/ Lawrence J. O'Neill_____**
                                                                      **The Hon. Lawrence J. O'Neill, Judge**

---

[1] As authorized 1/20/2010