# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>        Plaintiff,<br><br>  v.<br><br>PARSONS,<br><br>        Defendant.<br>_____/ | CASE NO. 1:03-cv-06700-LJO-GSA PC<br><br>ORDER CONTINUING TRIAL ONE DAY<br><br>Jury Trial: February 9, 2010 at 8:30 a.m. in Courtroom 4 before the Honorable Judge O'Neill |

     Plaintiff Gary B. Meeks ("Plaintiff") is a state prisoner in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently set for jury trial commencing February 8, 2010.

     Due to the Court's heavy calendar, which includes a trial in a criminal matter that has been confirmed to commence on that same date, February 8, 2010, before the undersigned, the trial in this case, <u>Meeks v. Parsons</u>, Case No. 03-cv-6700 LJO GSA PC, is HEREBY CONTINUED one day to February 9, 2010, at 8:30 a.m. It is the intent of the Court to wait to see if the conflict clears. If it does not, the Court will exercise an option to transfer the case to a different District Judge so that the matter can still go to trial as set.

IT IS SO ORDERED.

**Dated:   January 27, 2010**                   /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE