FILED

FEB 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS, | CASE NO. 1:03-cv-06700-OWW-GSA PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 10, 2010, AT 9:00 A.M. |
| v. | |
| JOHN PARSONS, M.D. | |
| Defendants. | |
| _____/ | |

Plaintiff Gary B. Meeks #K-35821 shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 9:00 a.m. on Wednesday, February 10, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 2-10-70

OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

1