# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY B. MEEKS,<br><br>          Plaintiff,<br><br>   v.<br><br>JOHN PARSONS, M.D.<br><br>          Defendants.<br>_____/ | CASE NO. 1:03-cv-06700-OWW-GSA PC<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 17, 2010, AT 8:30 A.M. |

      Plaintiff Gary B. Meeks #K-35821 shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Wednesday, February 17, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

      It is so ORDERED.

DATED: February 12, 2010                   /s/ OLIVER W. WANGER
                                                   OLIVER W. WANGER
                                                   UNITED STATES DISTRICT JUDGE