Nickolas A. Kacprowski, Bar No. 242684
nickolas.kacprowski@kirkland.com
Joshua D. Hurwit, Bar No. 263108
joshua.hurwit@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Plaintiff
GARY MEEKS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY MEEKS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN PARSONS,<br><br>　　　　　　　Defendant. | Case No. CIV-F-03-6700 OWW GSA<br><br>**ORDER ON PLAINTIFF'S APPLICATION FOR EXTENDING TIME TO FILE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS** |

Having read Plaintiff's Application For Order Extending Time To File Plaintiff's Objections To Defendant's Bill Of Costs, Declaration Of Nickolas A. Kacprowski In Support Of Plaintiff's Application For Order Extending Time, and Plaintiff's Objections To Defendant's Bill Of Costs, (Docket Nos. 234, 235, and 236), the Court ORDERS as follows:

1. Plaintiff's application for extending time is GRANTED, and the date to file Plaintiff's Objections To Defendant's Bill Of Costs is extended for four weeks until April 8, 2010 so that Plaintiff can provide declaration regarding his financial status to support his Objections To Defendant's Bill of Costs.

**IT IS SO ORDERED.**

Dated: March 12, 2010　　　By:__/s/ OLIVER W. WANGER_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE